# UNITED STATES DISTRICT COURT
### for the
### Western District of Missouri

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  23-SW-03051-WJE |
| Information associated with Snapchat accounts with the username "gunsmith2111" | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     **Central**     District of     **California**
*(identify the person or describe the property to be searched and give its location)*:

Information that is stored at the premises controlled by Snap, Inc., regarding the Snapchat accounts associated with the username "gunsmith2111", with a physical address at 2772 Donald Douglas Loop North, Santa Monica, California

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A.

**YOU ARE COMMANDED** to execute this warrant on or before                           *(not to exceed 14 days)*
❑ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to        Willie J. Epps, Jr.       .
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of           .

❑ Warrant issued in person.
☑ Warrant issued by telephone or other reliable electronic means.

| | |
|---|---|
| Date and time issued:    7/14/2023 11:35 am | _____<br>*Judge's signature* |
| City and state:    Jefferson City, Missouri | Willie J. Epps, Jr., United States Magistrate Judge<br>*Printed name and title* |

| **Return** | | |
|---|---|---|
| Case No.:<br>23-SW-03051-WJE | Date and time warrant executed:<br>07-14-2023   12:27pm | Copy of warrant and inventory left with:<br>N/A |

Inventory made in the presence of :
N/A

Inventory of the property taken and name of any person(s) seized:

CONTENT OF SNAPCHAT ACCOUNT USERNAME
"gunsmith2111"

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08-25-2023

_S. Mint_
Executing officer's signature

_SA SEAN McDERMOTT_
Printed name and title

PRINT          SAVE AS          RESET